Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Anne M Boyd

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE M BOYD, | ) Case No.: CV13-04758-AS |
| | ) |
| Plaintiff, | ) {PROPOSED} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $416.26 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: April 24, 2015

_____
/ s /
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE